

# NUMBER 13-15-00398-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF J.S.C., MINOR CHILD

**On appeal from the 138th District Court
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Longoria
Memorandum Opinion Per Curiam**

Appellant, Aurelia Alviso, perfected an appeal from a judgment entered by the 138th District Court of Cameron County, Texas, in cause number 2015-DCL-0202-B. Appellant has filed a motion to dismiss the appeal on grounds the appeal is moot. The motion is unopposed by the Office of Attorney General, and appellant has attempted to confer with appellee regarding the motion. More than ten days has passed since the filing of the motion and no response has been filed by appellee. *See* TEX. R. APP. P. 10.3 (a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
22nd day of October, 2015.